E3618 – B99



MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

OLA ALI
6651 BROCK STREET
DUBLIN, OH 43017,

                    PLAINTIFF,

        VS.

COLUMBUS STATE COMMUNITY COLLEGE
550 E SPRING ST
COLUMBUS, OH 43215,

                    DEFENDANT.

23CV-01-475
**CASE NUMBER**

**** SUMMONS ****            01/23/23

TO THE FOLLOWING NAMED DEFENDANT:
        COLUMBUS STATE COMMUNITY COLLEGE
        550 E SPRING ST
        COLUMBUS, OH 43215

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:     OLA ALI
        6651 BROCK STREET
        DUBLIN, OH 43017,

                                        PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
        MATTHEW G. BRUCE
        THE SPITZ LAW FIRM
        SUITE 200
        25200 CHAGRIN BLVD
        CLEVELAND, OH 44122

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY:  JANIE STANLEY, DEPUTY CLERK

**EXHIBIT**

**B**

(CIV370-S03)

E3628

**UNITED STATES POSTAL SERVICE.**

Date Produced: 02/06/2023

COC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1952 2807 6173 21. Our records indicate that this item was delivered on 01/30/2023 at 05:10 a.m. in COLUMBUS, OH 43216. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

FILED
COMMON PLEAS COURT
FRANKLIN CO., OHIO

2023 FEB -8 AM 10: 03

CLERK OF COURTS

Customer Reference Number          4321523CV00475ALI