**IN THE COURT OF COMMON PLEAS**
**FRANKLIN COUNTY, OHIO**

| | | |
|---|---|---|
| OLA ALI, | ) | CASE NO. 23 CV 000475 |
| | ) | |
| Plaintiff, | ) | JUDGE JAIZA N. PAGE |
| | ) | |
| v. | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| COLUMBUS STATE COMMUNITY | ) | |
| COLLEGE., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 41(A)(1)(a) of the Ohio Rules of Civil Procedure, Plaintiff Ola Ali, through counsel, hereby gives notice to this Court of her dismissal of only Counts I, III, V, VII, and VIII in this action, without prejudice. Plaintiff also dismisses Count IX, but only insofar as it relates to retaliation under the ADEA and Ohio R.C. § 4112.

The remaining Counts, including Count IX insofar as it relates to retaliation under Title VII, remain pending before this Court.

Respectfully submitted,

*/s/ Matthew G. Bruce*
Matthew G. Bruce (0083769)
**SPITZ, THE EMPLOYEE'S LAW FIRM**
Spectrum Office Tower
11260 Chester Road, Suite 825
Cincinnati, OH 45246
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email: Matthew.Bruce@SpitzLawFirm.com

*Attorneys for Plaintiff Ola Ali*

EXHIBIT

C

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was served upon the following via electronic mail this 23rd day of February 2023:

Wendy K. Clary, Esq.
Assistant Chief, Employment Law Section
Office of Ohio Attorney General David Yost
30 E. Broad Street, 16th Floor
Columbus, OH 43215
Email: Wendy.Clary@OhioAGO.gov

*Attorneys for Defendants*

/s/ Matthew G. Bruce
Matthew G. Bruce (0083769)
**SPITZ, THE EMPLOYEE'S LAW FIRM**