**IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO**
**CIVIL DIVISION**

OLA ALI,

    Plaintiff,

v.

COLUMBUS STATE COMMUNITY
COLLEGE,

    Defendant.

CASE NO. 23-CV-000475

JUDGE JAIZA N. PAGE

**DEFENDANT'S NOTICE OF FILING OF**
**NOTICE OF REMOVAL DIRECTED TO STATE COURT**

Please take notice that the Defendant in the above-caption action filed a Notice of Removal, a copy of which is attached hereto, on February 27, 2023, with the Office of the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division. Defendant has removed this case based on the existence of federal question jurisdiction. Accordingly, pursuant to 28 U.S.C. § 1446(d), no further proceeding may be had herein.

Respectfully submitted,

DAVE YOST (0056290)
Ohio Attorney General

*/s/ Wendy K. Clary*

WENDY K. CLARY (0077775)
Principal Assistant Attorney General
Employment Law Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7257 – Telephone
(614) 752-4677 – Facsimile
elsreview@OhioAGO.gov

*Counsel for Defendant Columbus State Community College*

**EXHIBIT D**

2

**CERTIFICATE OF SERVICE**

This will certify that the foregoing *Defendant's Notice of Filing of Notice of Removal Directed to State Court* was served on this 27th day of February, 2023, upon counsel for the Plaintiff, Matthew G. Bruce and Evan R. McFarland, Spitz, The Employees Law Firm, Spectrum Office Tower, 11260 Chester Road, Suite 825, Cincinnati, Ohio 45246.

*/s/ Wendy K. Clary*

WENDY K. CLARY (0077775)
Principal Assistant Attorney General